90 F.3d 129
 Dion R. McPHERSON, Plaintiffff-Appellee,
v.
MICHIGAN HIGH SCHOOL ATHLETIC ASSOCIATION, INC., a
non-profit Michigan corporation, Defendant-Appellant,
Board of Education of the Public Schools of the City of Ann
Arbor, Defendant.
 No. 95-1079.
 United States Court of Appeals,
Sixth Circuit.
 Decided Aug. 19, 1996.
 
 Before: MERRITT, Chief Judge; KENNEDY, MARTIN, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a rehearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.
 
 
 4
 It is further ORDERED that the appellant file a supplemental brief not later than September 16, 1996, and the appellee file a supplemental brief not later than October 15, 1996. Reargument will be scheduled for Wednesday, December 4, 1996.